NO. 07-12-0251-CR
NO. 07-12-0252-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL B

SEPTEMBER 19, 2012
_____

THE STATE OF TEXAS,

Appellant

v.

DISHON ALFRED RALEIGH,

Appellee
_____

FROM THE 47TH DISTRICT COURT OF POTTER COUNTY;

NOS. 62,426-A and 62,427-A; HONORABLE DAN A. SCHAAP, JUDGE
_____

*On Motion to Dismiss*
_____

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

Appellant, The State of Texas, by and through its attorney, has filed a motion to dismiss these appeals because there no longer exist sufficient grounds to pursue a successful appeal in each case. Without passing on the merits of the case, we grant the motions to dismiss pursuant to Texas Rule of Appellate Procedure 42.2(a) and dismiss the appeals. Having dismissed the appeals at appellant=s request, no motion for rehearing will be entertained, and our mandates will issue forthwith.

Do not publish.                                      Per Curiam